AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

**UNITED STATES OF AMERICA**

**v.**

**JUSTIN COSSER**

**Defendant**

Case No. 5:26-MJ-228 (MJK)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of October 2, 2026 in the county of Onondaga in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒ Continued on the attached sheet.

AARON C DABBACK Digitally signed by AARON C DABBACK Date: 2026.10.02 12:58:50 -04'00'

*Complainant's signature*

Aaron Dabback, Special Agent

*Printed name and title*

Attested to by the affiliant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 2, 2026

Mitchell J Katz Digitally signed by Mitchell J Katz Date: 2026.10.02 14:32:31 -04'00'

*Judge's signature*

City and State: Syracuse, New York

Hon. Mitchell J. Katz, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Aaron Dabback, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is made in support of an application for a criminal complaint charging the defendant, Justin COSSER ("COSSER"), with violations of 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography), as more fully described below.

2. I am a Special Agent employed by the Department of Homeland Security, Homeland Security Investigations ("HSI") and have been so employed since March 2023. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I have completed the Criminal Investigator Training Program and Homeland Security Investigations Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. During basic training, I received instruction on conducting online child pornography investigations. Through my training, experience, and interaction with other Special Agents and law enforcement personnel, I have become familiar with the methods of operation used by people who are involved with offenses involving the sexual exploitation of children, including the use of the Internet to further those offenses. I have also participated in investigations involving offenses related to the sexual exploitation of children, including preparing and executing search warrants in child pornography and child exploitation investigations.

3. The statements contained in this affidavit are based upon my investigation and information provided to me by other agents. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are

necessary to establish probable cause to believe that the defendant has violated 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

**PROBABLE CAUSE**

4. In February 2026, law enforcement received a CyberTipline Report (the "Cybertip") from the National Center for Missing and Exploited Children that the user of a Google account had uploaded a child pornography file onto Google's servers. The file is described as follows:

a. An image, depicting what appears to be a clothed prepubescent female child, approximately 8-10 years old, sitting on a bed. An adult male is standing in front of the child. The male's hand and exposed erect penis are visible.

5. Law enforcement sought legal process related to the subscriber of the Google account associated with the upload of the child pornography image. Subscriber information received pursuant to that legal process revealed the account was associated with Justin COSSER, who currently resides in the Mattydale, New York, area. Law enforcement also investigated an Internet Protocol ("IP") Address that had been used to access the Google account. Subscriber information associated with the IP Address included a cell phone number. COSSER had previously provided the same phone number to law enforcement and identified it as his phone number.

6. On October 17, 2013, COSSER had been convicted in Onondaga, New York, County Court of Promote a Sexual Performance by a Child Less Than 17 Years of Age, a violation of New York Penal Law § 263.15, and was sentenced to 10 years' probation. As a result of this conviction, the defendant is currently a Level 1 registered sex offender in New York with a registered address identical to the residential address identified in the subscriber information received from Google, as outlined above.

7. On October 2, 2026, a federal search warrant was executed in connection with the ongoing investigation of the defendant, which authorized a search of COSSER's Mattydale, New York, residence as well as COSSER's person. During the warrant's execution, your affiant encountered COSSER, who agreed to speak with your affiant at the New York State Police barracks in North Syracuse, New York. At the outset of the recorded interview, COSSER was read his *Miranda* rights. COSSER acknowledged his rights, waived them, and agreed to speak with law enforcement. During the post-*Miranda* interview, COSSER admitted that he owned and controlled a Google account and that the account contained child pornography.[1] COSSER was shown the still frame image included in the Cybertip. COSSER admitted to investigators that the image would be found on his cellular device and Google account. COSSER further admitted that he had downloaded child pornography from Google, as well as from another internet-based platform ("Platform 1") and that he knew the material in the files he had obtained and possessed depicted actual minors engaged in sexually explicit conduct. COSSER told investigators that he had re-engaged with child pornography approximately a year ago.

8. During the search of COSSER's person and Mattydale residence, several electronic devices were recovered, including an iPhone 15 Pro which had been manufactured outside the state of New York. After waiving his *Miranda* rights and agreeing to speak with investigators, COSSER provided law enforcement with the PIN code to the iPhone 15 Pro. A manual review of the iPhone 15 Pro revealed that the device contained several images and videos of child pornography, including files bearing a watermark of Platform 1's name. The child pornography files included the following:

[1] COSSER did not acknowledge owning or operating the Google account identified in the Cybertip. He stated that the Google account that he acknowledged contained child pornography was

a. A video, approximately fifty-two seconds in length, depicting what appears to be a fully nude prepubescent female child, approximately nine to eleven years old. The video also depicts a fully nude adult male laying on his back. The child performs oral sex on the adult male, and the male ejaculates into her mouth and onto her face.

b. A video, approximately thirty-one minutes and four seconds long, depicting what appears to be three minor female children wearing bathrobes between the ages of nine and fourteen. Each of the children expose their chests and vaginas in a lewd and lascivious manner. At approximately the four minute and two second mark, one of the female children begins to masturbate with her fingers, which occurs multiple times throughout the video.

9. After discovery of the child pornography files on COSSER's iPhone 15 Pro, your affiant described the videos to COSSER. COSSER acknowledged that he recognized the files' description, said that he knew the files depicted actual minors engaged in sexually explicit conduct, and admitted to downloading the files and knowingly possessing them on his iPhone 15 Pro. COSSER further admitted to manipulating some of the child pornography files using video-editing software on his iPhone 15 Pro.

## CONCLUSION

10. Based on the above information, there is probable cause to believe that Justin COSSER has violated 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography). I respectfully request the Court issue the proposed criminal complaint pursuant to these violations of federal law.

---

a different account for that identified in the Cybertip.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

AARON C DABBACK Digitally signed by AARON C DABBACK Date: 2026.10.02 13:00:06 -04'00'

Aaron Dabback, Special Agent
Homeland Security Investigations

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on October 2, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Mitchell J Katz Digitally signed by Mitchell J Katz Date: 2026.10.02 14:31:57 -04'00'

Hon. Mitchell J. Katz
United States Magistrate Judge